# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TODD CRECELIUS,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>    Defendants. | Case No. 2:11-CV-00382-KJD-RJJ<br><br>**ORDER** |

Presently before the Court is Defendant Clark County's Motion to Dismiss (#6). In response, Plaintiff filed Non-opposition to Clark County's Motion to Dismiss (#17). Local Rule 7-2(d) allows the Court to consider failure to file points and authorities in opposition as consent to the granting of the motion. In accordance with LR 7-2(d), and good cause being found, the Court grants the motion.

**IT IS SO ORDERED.**

DATED this 8th day of April 2011.

_____
Kent J. Dawson
United States District Judge