# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TODD CRECELIUS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-00382-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS METROPOLITAN ) | |
| POLICE DEPARTMENT, *et al*., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Clark County's Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#24). Defendant Clark County was dismissed from this case on April 8, 2011. *See* Order (#19). Thus, the Court finds that it is no longer necessary for Defendant Clark County or its counsel to receive further notice of the ongoing proceedings. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Clark County's Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice of Proceedings (#24) is **granted**.

Dated this 26th day of August, 2011.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**