# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TODD CRECELIUS,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*.,

    Defendants.

Case No. 2:11-CV-382-KJD-CWH

**ORDER**

    Presently before the Court is Defendants' Motion to Strike Plaintiff's Complaint (#8). Plaintiff filed a response in opposition (#13).

    Plaintiff argues that the Complaint was properly signed in accordance with Federal Rule of Civil Procedure 11(a), because the person who signed the complaint on his behalf, Patricia A. Crecelius, had authority under a "Durable Power of Attorney" to "execute, acknowledge, and deliver any and all instruments of every nature and kind[,]" and to "engage in any administrative or legal proceedings or lawsuits[.]" Defendants have failed to respond to Plaintiff's assertion. Nevada Revised Statute 162A.560 expressly allows language granting the authority contained in the Durable

///

///

1  Power of Attorney at issue in this action.

2  Accordingly, Defendants' Motion to Strike Plaintiff's Complaint (#8) is **DENIED**.

3  DATED this 17th day of October 2011.

_____
Kent J. Dawson
United States District Judge